UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROMAN BABAK,

                    Petitioner,

     v.

ICE FIELD OFFICE DIRECTOR ,

                 Respondent.

CASE NO. C20-212-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

       (1)     The Court ADOPTS the Report and Recommendation.

       (2)     The Government's motion to dismiss, Dkt. 6, is **GRANTED**.

       (3)     Petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** without prejudice.

\\

\\

ORDER OF DISMISSAL - 1

1       (4)     The Clerk is directed to send copies of this Order to the parties and to Judge

2  Tsuchida.

3       Dated this 24th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2